# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID BATTLES, | : | |
| Plaintiff, | : | Case No. 3:17-cv-00112 |
| vs. | : | District Judge Walter H. Rice |
| TROTWOOD POLICE, *et al.*, | : | Magistrate Judge Sharon L. Ovington |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on June 8, 2017 (Doc. #3) is ADOPTED in full;

2. Plaintiff's Complaint is dismissed without prejudice to renewal by filing an Amended Complaint within fourteen days.

7-3-17

Walter H. Rice
United States District Judge